UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANDA RESTAURANT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PANDA CHINESE FAST FOOD, INC., <br><br> Defendants. | Case No. CV 17-8138 PA (PJWx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's February 23, 2018 Minute Order granting the Application for Entry of Default Judgment filed by plaintiff Panda Restaurant Group, Inc. ("Plaintiff") against defendant Panda Chinese Fast Food, Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    Judgment shall have judgment in its favor against Defendant;

    2.    Plaintiff shall recover from Defendant the amount of $27,100.00, consisting of $25,000.00 in statutory damages for copyright infringement and $2,100.00 in attorneys' fees;

    3.    Plaintiff shall recover from Defendant its costs of suit;

    4.    Defendant and its agents, servants, officers, directors, members, managers, successors, licensors/licensees, assignors/assignees, all those acting on Defendant's behalf or

in active concert or participation with it and that have notice of this injunction, are permanently enjoined from engaging in any of the following acts:

    a.    using any mark or designation that is confusingly similar to Plaintiff's federally registered trademarks, including U.S. Trademark Reg. Nos. 1516769, 2501422, 1741866, 2018848, 1991081, 4379316, and 4793470, on or in connection with the manufacturing, distribution, advertisement, offering for sale, or sale of any goods and services pursuant to 15 U.S.C. § 1116; and

    b.    from copying, publishing, and/or creating derivative works based on Plaintiff's copyrighted work pursuant to 17 U.S.C. § 502; and

5. Defendant is ordered to:

    a.    deliver to Plaintiff's counsel for destruction or disposition all labels, signage, prints, packages, wrappers, receptacles, advertisements, and copies of websites in hard copy and computer readable form, bearing any of the designations whose use is enjoined under the injunctions granted herein, and all plates, molds, matrices, and other means of making the same; and

    b.    delete and/or otherwise destroy all infringing materials reproduced, used, published, or distributed by Defendant in violation of Plaintiff's exclusive rights in and to U.S. Copyright No. VA-275-525 pursuant to 17 U.S.C. § 503.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: February 23, 2018

                                                      Percy Anderson
                                        UNITED STATES DISTRICT JUDGE