UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PANDA RESTAURANT GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANDA CHINESE FAST FOOD INC, a California corporation,<br><br>Defendants. | Case No.: 2:17-cv-8138 PA (PJWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PANDA RESTAURANT GROUP, INC.'S MOTION FOR CONTEMPT**<br><br>Date:    November 19, 2018<br>Time:   1:30 p.m.<br>Place:   Courtroom 9A<br><br>The Honorable Percy Anderson |

Pursuant to this Court's Minute Order granting the Motion for Contempt filed by Plaintiff Panda Restaurant Group, Inc. ("Plaintiff") against Defendant Panda Chinese Fast Food Inc ("Defendant") it is hereby ORDERED, ADJUDGED, AND DECREED:

1) Defendant shall comply with the permanent injunction in the February 26, 2018 Judgment immediately;

2) Defendant shall pay the monetary damages that the Court previously ordered it to pay in the February 26, 2018 Judgment;

1

1    3) Defendant shall pay monetary sanctions as the Court deems just and
2    proper, in the amount of _____; and
3    4) Defendant shall pay Plaintiff's reasonable attorney's fees and costs as
4    incurred in seeking to enforce the Court's February 26, 2018 Judgment.
5    IT IS SO ORDERED.

7    DATED:_____                    _____
                                                 The Hon. Percy Anderson
8                                                U.S. District Judge